UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 3:25-CR-04-TAV-JEM |
| ) | |
| TRAVIS O'NEIL TODD, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Travis O'Neil Todd's Motion to Continue Trial and Pretrial Motions [Doc. 16], filed on March 5, 2025.

Defendant asks the Court to continue the trial date and set a new pretrial motions deadline [Doc. 16]. In support of his motion, Defendant states that his counsel needs more time to review discovery, continue investigating, and pursue legal strategies which may require litigating pre-trial motions [*Id.* at 1]. He asserts that defense counsel consulted with the attorney for the Government, who does not object to the motion [*Id.*]. Defendant asks the Court to exclude the time for the purposes of computing the limitations imposed by the Speedy Trial Act [*Id.* at 2]. He includes a waiver stating that he has been advised of his rights under 18 U.S.C. 3161, consents to having his case continued, and waives any rights he may have under the Speedy Trial Act [*Id.* at 4].

Based upon the information in Defendant's motion and because the Government does not oppose the continuance, the Court finds the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in

18 U.S.C. § 3161(h)(7)(B). Specifically, the Court concludes that failing to grant a continuance would both result in a miscarriage of justice and deny counsel for Defendant the reasonable time necessary for effective preparation, accounting for the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i)–(iv). Defense counsel needs time to investigate, evaluate discovery, consider possible defense strategies, which may include pre-trial motions, and otherwise prepare for trial. The Court finds that all of this cannot occur before the March 25, 2025 trial date.

The Court therefore **GRANTS** Defendant Travis O'Neill Todd's Motion to Continue Trial and Pretrial Motions [**Doc. 16**]. The trial of this case is reset to **July 8, 2025**. A new, comprehensive trial schedule is included below. Because the Court has found that the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial, all of the time between the filing of the motion on March 5, 2025, and the new trial date is fully excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A)–(B).

Accordingly, it is **ORDERED** as follows:

(1) Defendant Travis O'Neill Todd's Motion to Continue Trial and Pretrial Motions [**Doc. 16**] is **GRANTED**;

(2) the trial of this matter is reset to commence on **July 8, 2025, at 9:00 a.m.**, before the Honorable Thomas A. Varlan, United States District Judge;

(3) all time between the filing of the motion on **March 5, 2025**, and the new trial date of **July 8, 2025**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4) the deadline for filing pretrial motions is extended to **April 7, 2025**, and responses to motions are due on or before **April 21, 2025**;

(5) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **June 9, 2025**;

(6) the deadline for filing motions *in limine* is **June 23, 2025**, and responses to motions *in limine* are due on or before **July 1, 2025**;

(7) the parties are to appear before the undersigned for a final pretrial conference on **June 24, 2025, at 11:30 a.m.**; and

(8) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **June 27, 2025**.

**IT IS SO ORDERED.**

ENTER:

*/s/ Jill E. McCook*
Jill E. McCook
United States Magistrate Judge